1  TIFFANY L. CARROLL, ATTORNEY #157054
   ASSISTANT UNITED STATES TRUSTEE
2  402 WEST BROADWAY, SUITE 600
   SAN DIEGO, CA  92101
3  (619) 557-5013

4  Attorney for
   STEVEN JAY KATZMAN
5  UNITED STATES TRUSTEE

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                   Southern District of California

10 In re:                          )  Case No.  07-00939-LA11
                                   )
11 THE ROMAN CATHOLIC BISHOP OF    )  APPOINTMENT OF THE
   SAN DIEGO, a corporation sole,  )  OFFICIAL COMMITTEE OF
12                                 )  UNSECURED CREDITORS
                                   )
13                                 )
                                   )
14              Debtor.            )
15 _____ )

16      Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the United

17 States Trustee hereby appoints the following creditors of the

18 above-captioned debtor to serve on the Official Committee of

19 Unsecured Creditors:

20      1.  David Block

21      2.  Cheryl Gomez

22      3.  Guy Lowry

23      4.  Don MacLean

24 / / / /

25 / / / /

26 / / / /

27 / / / /

28 / / / /

5. Nancy Mass
6. A. Richard Miranda
7. Daniel Sanchez

Respectfully submitted,

STEVEN JAY KATZMAN
UNITED STATES TRUSTEE

Date: March 19, 2007     By:   /s/ Tiffany L. Carroll
                               Tiffany L. Carroll,
                               Attorney for the
                               United States Trustee

2