ENTERED 4-9-07
FILED
APR - 9 2007
CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re                                             ) Case No. 07-00939-A11
                                                  )
THE ROMAN CATHOLIC                                ) Chapter 11
BISHOP OF SAN DIEGO, a                            )
California corporation sole,                      )
                                                  ) ORDER TO SHOW CAUSE
                                                  ) RE: CONTEMPT OR OTHER
                                                  ) SANCTIONS
                                                  )
             Debtor.                              )
_____)

To:   Roman Catholic Bishop of San Diego, Susan G. Boswell, its Counsel; the Parishes of the Diocese of San Diego and the Organization of Parishes, Jeffry Davis and Victor Vilaplana, their counsel; Rev. Bruce J. Orsborn; and Rev. Michael Gallagher ("Respondents").

YOU AND EACH OF YOU are directed to appear on April 11, 2007 at 2:00 p.m., in Department 2 of the United States Bankruptcy Court, 325 West F Street, San Diego, California, to show cause why you should not be cited for contempt of Court or be otherwise sanctioned in connection with the following:

///
///

At the time of filing its voluntary Chapter 11 case, the Roman Catholic Bishop of San Diego ("RCBSD") allegedly held property in trust for others, namely, over 770 bank accounts which are reported under the RCBSD's taxpayer identification number ("the Alleged Parish Accounts"). [See ¶ 14 of Amended Statement of Financial Affairs filed March 29, 2007, D.E. #158] Upon the filing of its bankruptcy case:

1. All legal and equitable interests of the debtor RCBSD in property, wherever located and by whomever held, became property of the estate. 11 U.S.C. § 541(a)(1).

2. RCBSD may not transfer that property post-petition without authorization by the Court. 11 U.S.C. § 549(a).

3. A creditor or other claimant such as the parishes may not undertake any action to obtain possession of property of the estate or exercise control over that property. 11 U.S.C. § 362(a)(3).

4. RCBSD as the holder of cash collateral (the Alleged Parish Accounts) was prohibited from using the cash in said accounts, even in the ordinary course of business, without a Court order. 11 U.S.C. § 363(a).[1]

On March 1, 2007, this Court held a hearing to consider the RCBSD's request for authorization to use its existing cash management system, including the Alleged Parish Accounts, in the ordinary course of business. The Court authorized the use of the existing cash management system on an interim basis only, extending that order to March 6, 2007 and again to April 11, 2007.

On March 17, 2007, Rev. Michael Gallagher, pastor of Our Lady of Grace, distributed a letter stating, among other things, that this Court had

---

[1] Section 363(a) defines "cash collateral" as: "cash ... deposit accounts, or other cash equivalents whenever acquired in which the estate and an entity other than the estate have an interest ...."

- 2 -

ordered parishes to obtain new taxpayer identification numbers for the Alleged Parish Account and that this Court had ruled that all contributions to the Annual Catholic Appeal are not considered the Debtor's assets. [*See* Letter of Michael Gallagher dated March 17, 2007, Ex. "A" to Decl. of Michael Zimmer filed March 30, 2007, D.E. #167]

On March 29, 2007, Rev. Bruce Orsborn, on behalf of the parishes and their newly-formed Organization of Parishes of the Roman Catholic Diocese of San Diego, distributed a memo urging the parishes to obtain new taxpayer identification numbers and immediately attempt to transfer to the parishes the Alleged Parish Accounts by employing various strategies, depending upon the bank's reaction to that request. He represents that this action should be undertaken on advice of counsel for the parishes and with the concurrence of this Court. Further, he directs parishes to cooperate and consult with the Diocese' Payroll Department to avoid any disruption in processing of their payroll. [*See* Special Communication of Rev. Bruce Orsborn dated March 29, 2007, Ex. A to Decl. of Rosa Lopez-Gonzalez filed April 2, 2007, D.E. #174]

Based on the foregoing, the following conduct by the following persons and entities appears to materially misrepresent facts to the Court and the Courts orders, as well as violate the Order of the Court and the above-cited provisions of the Bankruptcy Code:

1. As to RCBSD and its counsel, Susan Boswell:

A. RCBSD and Boswell represented to the Court at the hearing held March 1, 2007 that they were not seeking to have the Court determine whether the Alleged Parish Accounts were either the Debtor's property or the parishes' property. [*See* R.T. date March 1, 2007 at pages 10:16-25, 11:1-25 and 12:1-5, D.E. 174 (Ex. 2 to Response and Request of Union Bank filed April 2, 2007)]. Boswell represented no change in ordinary operations would occur with respect to these accounts. Boswell represented to this Court that the

- 3 -

RCBSD received no reports concerning the alleged parish accounts and has no records for such accounts. [*Id.* at page 23:2-24]

        B. It appears that RCBSD and Boswell have cooperated and conspired with parishes to effectuate a post-petition transfer of the alleged parish accounts. [*See* Gallagher letter] Further, it appears RCBSD regularly receives information concerning parish accounts. [Decl. of Hamid R. Rafatjoo and Ex. "C" and "D" thereto filed March 30, 2007, D.E. # 167)

    2. As to the parishes of the RCDSD, the Organization of Parishes and Jeffry Davis and Victor Vilaplana, their counsel:

        A. Davis and the parishes represented to this Court that they were not requesting a determination of ownership as to the Alleged Parish Accounts and that they would look into the possibility of separate taxpayer identification numbers prospectively. [R.T. dated March 1, 2007 at pages 27:25, 28:1-28 and 29:1-14]

        B. It appears that at some point the parishes formed Organization of Parishes and may have obtained new or additional counsel, Victor Vilaplana.

        C. The Organization of Parishes on advice of their counsel Davis and/or Vilaplana have attempted to exercise control over property of the estate by counseling and encouraging parishes to obtain new taxpayer identification numbers and attempting various stratagems to persuade the banks to transfer account balances in the Alleged Parish Accounts to new accounts. Further, it appears that by directing the parishes to consult the Payroll Department of RCBSD, the Organization of Parishes and their counsel Davis and/or Vilaplana have conspired with RCBSD and its counsel to effectuate a post-petition transfer of the Debtor's assets.

///

///

3. As to Rev. Gallagher, misrepresenting to others the nature and effect of orders of this Court. [*See* Letter of Michael Gallagher dated March 17, 2007 at Ex. "A" attached to Decl. of Michael Zimmer filed March 30, 2007, D.E. #167]

4. As to Rev. Orsborn, misrepresenting to others the nature and effect of orders of this Court. [*See* Special Communication of Rev. Bruce Orsborn dated March 29, 2007 at Ex. "A" attached to Decl. of Rosa Lopez-Gonzalez filed April 2, 2007, D.E. #174]

This Court orders the Respondents to show cause, if any, why they should not be cited for contempt of court pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9011 (b) and (c)(1)(B) or otherwise appropriately sanctioned, including, but not limited to revocation of Ms. Boswell's *pro hac vice* authorization to appear in this Court. Response, if any, must be filed by declaration filed electronically under penalty of perjury no later than 5:00 p.m. April 10, 2007.

Dated: 9 Apr 07

LOUISE DE CARL ADLER, Judge

- 5 -

CAD 168
[Revised July 1985]

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case No. 07-00939-A11
Case Name: THE ROMAN CATHOLIC BISHOP
OF SAN DIEGO, etc.

## CERTIFICATE OF MAILING

The undersigned, a regularly appointed and qualified clerk in the Office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to-wit:

**ORDER TO SHOW CAUSE RE: CONTEMPT
OR OTHER SANCTIONS**

was enclosed in a stamped and sealed envelope and mailed to the following parties at their respective addresses listed below:

*SEE ATTACHED*

The envelope(s) containing the above document was deposited in a regular United States mail box in the City of San Diego in said district on April 9, 2007.

_____     *Roma London*
CAD 168                              Roma London, Deputy Clerk

CERTIFICATE OF SERVICE-Case No. 00939-A11

Electronically mailed to:

Individually and on behalf of Roman Catholic Bishop of San Diego:
Susan G. Boswell          sboswell@quarles.com

Individually and on behalf the Parishes of the Diocese of San Diego, and the Organization of Parishes:
Jeffry Davis              jadavis@mintz.com
Victor Vilaplana          vavilaplana@foley.com

On behalf of Rev. Michael Gallagher:
Jeffry Davis              jadavis@mintz.com
Victor Vilaplana          vavilaplana@foley.com

On behalf of Rev. Bruce J. Orsborn:
Jeffry Davis              jadavis@mintz.com
Victor Vilaplana          vavilaplana@foley.com

Union Bank of California:
Sara Chenetz             sara.chenetz@dlapiper.com

Official Committee of Unsecured Creditors:
James Stang              jstang@pszyjw.com

United States Trustee:
Tiffany Carroll           tiffany.l.carroll@usdoj.gov

Mailed via U.S. Mail to:

Rev. Bruce J. Orsborn
Blessed Sacrament
4551 56th Street
San Diego, CA 92115

Rev. Michael Gallagher
Our Lady of Grace
2766 Navajo Road
El Cajon, CA 92020

- 7 -