

ENTERED 4-17-07
FILED
APR 17 2007
CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California corporation sole,<br><br>Debtor. | Case No. 07-00939-A11<br><br>**ORDER ON ORDER TO SHOW CAUSE RE: CONTEMPT** |

The matter of the Court's Order to Show Cause re: Contempt came on for hearing on April 11, 2007, before the Hon. Louise DeCarl Adler, Bankruptcy Judge. Present were respondents Fr. Michael Gallagher, Fr. Bruce Orsborn, Jeffry Davis, Esq., Victor A. Vilaplana, Esq., on his own behalf and on behalf of the Organization of Parishes, and Susan Boswell, Esq., on her own behalf and on behalf of the Roman Catholic Bishop of San Diego ("RCBSD").

The Court having examined the respondents under oath and considered their testimony and other good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. That RCBSD be and hereby is directed to amend its Schedules of Assets and Liabilities and/or its Statements of Financial Affairs (collectively

"Bankruptcy Schedules") filed in this case to list in the manner that it deems appropriate the approximate 770 bank accounts currently held in the name of the various parishes of RCBSD and reported under the taxpayer identification number of RCBSD (the "Alleged Parish Accounts").

2. The amended Bankruptcy Schedules shall be signed under penalty of perjury by Bishop Brom, the Bishop of the RCBSD, Debtor.

3. If any parish has transferred the balances held in an Alleged Parish Account to a new account, that new account, its account number, its tax identification number and its balance shall be disclosed and listed on the above-referenced amendment to the Bankruptcy Schedules.

4. If any parish has obtained a change in the taxpayer identification number on an account that was previously reported under RCBSD's taxpayer number, that account shall be disclosed and listed in the amended Bankruptcy Schedules with the same details required in paragraph 3 above.

5. The Alleged Parish Accounts may be used only in the ordinary course of business of the parishes.

6. Receipts and disbursement activity of the Alleged Parish Accounts shall be reported as required by the Office of the United States Trustee.

7. An expert accounting professional shall be appointed pursuant to Federal Rule of Evidence 706(a) by the Court after consideration of suggestions from the RCBSD, the Official Committee of Unsecured Creditors and the United States Trustee, to examine the financial structure of the RCBSD, its cash flow, including uses and sources of income, and such other issues pertinent to the Cash Management Motion of RCBSD, all to be more fully defined by the Court in a separate order in this case.

///
///
///

8. The respondents and alleged contemnors are released and discharged from this Order to Show Cause.

Dated: 17 Apr 07

LOUISE DE CARL ADLER, Judge

CAD 168
[Revised July 1985]

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case No. 07-00939-A11
Case Name: THE ROMAN CATHOLIC BISHOP
OF SAN DIEGO, et al.

## CERTIFICATE OF MAILING

The undersigned, a regularly appointed and qualified clerk in the Office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to-wit:

**ORDER ON ORDER TO SHOW CAUSE
RE CONTEMPT**

was enclosed in a stamped and sealed envelope and mailed to the following parties at their respective addresses listed below:

**[SEE ATTACHED LIST]**

The envelope(s) containing the above document was deposited in a regular United States mail box in the City of San Diego in said district on April 17, 2007.

_____     _____,
CAD 168                             Roma London, Deputy Clerk

Case No. 07-00939-A11
Case Name: THE ROMAN CATHOLIC BISHOP
OF SAN DIEGO, et al.

SUSAN G BOSWELL, ESQ
QUARLES & BRADLEY
ONE SOUTH CHURCH AVE STE 1700
TUCSON AZ 85701-1621

GERALD P KENNEDY ESQ
PROCOPIO CORY HARGREAVES
  & SAVITCH
530 B STREET STE 2100
SAN DIEGO CA 92101

IRWIN M ZALKIN ESQ
12555 HIGH BLUFF DR STE 260
SAN DIEGO CA 92130

ANDREA LEAVITT ESQ
402 WEST BROADWAY STE 400
SAN DIEGO CA 92101

SARA L CHENETZ ESQ
1999 AVENUE OF THE STARS
4TH FLOOR
LOS ANGELES CA 90017

VENUS SOLTAN ESQ
4220 VON KARMAN AVE STE 200
NEWPORT BEACH CA 92660

JEFFRY DAVIS ESQ
9255 TOWNE CENTRE DRIVE
SUITE 600
SAN DIEGO CA 92121

VICTOR VILAPLANA ESQ
402 WEST BROADWAY STE 2100
SAN DIEGO CA 92101

JAMES STANG ESQ
STANG & WEINTRAUB
10100 SANTA MONICA BLVD
11TH FLOOR
LOS ANGELES CA 90067-4100

HAMID RAFATJOO ESQ
10100 SANTA MONICA BLVD
SUITE 1100
LOS ANGELES CA 90067

REV. MICHAEL GALLAGHER
OUR LADY OF GRACE
2766 NAVAJO ROAD
EL CAJON CA 92021

REV. BRUCE J ORSBORN
BLESSED SACRAMENT CHURCH
4551 56TH STREET
SAN DIEGO CA 92115

STEVEN KATZMAN ESQ
U S TRUSTEE
OFFICE OF THE U S TRUSTEE
402 WEST BROADWAY STE 600
SAN DIEGO CA 92101

TIFFANY CARROLL
ASSISTANT U S TRUSTEE
OFFICE OF THE U S TRUSTEE
402 WEST BROADWAY STE 600
SAN DIEGO CA 92101