**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Susan G. Boswell (AZ #004791)
Kasey C. Nye (AZ #020610)
Lori L. Winkelman (AZ #021400)
QUARLES & BRADY LLP
Firm State Bar No. 00443101
One South Church Avenue, Suite 1700
Tucson, AZ  85701-1621
Telephone 520.770.8700

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California corporation sole,

BANKRUPTCY NO.
07-00939-LA11

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[ ]  Petition
[X]  Summary of Schedules
[X]  Schedule A & B - Schedule of Real or Personal Property
[ ]  Schedule C - Schedule of Property Claimed Exempt
[X]  Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
   [ ]  Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required.  See instructions on reverse side.
   [ ]  Correcting or deleting other information.  See instructions on reverse side.

[X]  Schedule G - Schedule of Executory Contracts & Expired Leases
[ ]  Schedule H - Schedule of Co-Debtor
[ ]  Schedule I - Current Income of Individual Debtor(s)
[ ]  Schedule J - Current Expenditure of Individual Debtor(s)
[X]  Statement of Financial Affairs
[ ]  Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[ ]  Statement of Current Monthly Income (Form B22B)
[ ]  Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: April 19, 2007              Signature _____
                                              Attorney for Debtor

## DECLARATION OF DEBTOR

I, Robert H. Brom, The Roman Catholic Bishop of San Diego, the undersigned debtor, hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of _____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated:  April 19, 2007       _Robert H. Brom_ (signature)       _____
                                    Debtor                                      Joint Debtor

**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Susan G. Boswell (AZ #004791)
Kasey C. Nye (AZ #020610)
Lori L. Winkelman (AZ #021400)
QUARLES & BRADY LLP
Firm State Bar No. 00443101
One South Church Avenue, Suite 1700
Tucson, AZ  85701-1621
Telephone 520.770.8700

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.

THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California corporation sole,

Debtor.

BANKRUPTCY NO.
07-00939-LA11

**AMENDMENT**

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[ ] Petition
[X] Summary of Schedules
[X] Schedule A & B - Schedule of Real or Personal Property
[ ] Schedule C - Schedule of Property Claimed Exempt
[X] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
 [ ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required.  See instructions on reverse side.
 [ ] Correcting or deleting other information.  See instructions on reverse side.

[X] Schedule G - Schedule of Executory Contracts & Expired Leases
[ ] Schedule H - Schedule of Co-Debtor
[ ] Schedule I - Current Income of Individual Debtor(s)
[ ] Schedule J - Current Expenditure of Individual Debtor(s)
[X] Statement of Financial Affairs
[ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[ ] Statement of Current Monthly Income (Form B22B)
[ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: April 19, 2007                              Signature     /s/     Susan G. Boswell

                                                    Attorney for Debtor

**DECLARATION OF DEBTOR**

I, Robert H. Brom, The Roman Catholic Bishop of San Diego, the undersigned debtor, hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of   203    pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated:  April 19, 2007
                              Debtor                                                    Joint Debtor

**CSD 1001A** [11/15/04]  **Page 2**

**INSTRUCTIONS**

A.  Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are not to be attached.
 1. Before each entry, specify the purpose of the amendment by inserting:
    a. "ADDED," if the information was missing from the previous document filed; or
    b. "CORRECTED," if the information modifies previously listed information; or
    c. "DELETED," if previously listed information is to be removed.
 2. At the bottom of each page, insert the word "AMENDED."
 3. Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 19th day of April, 2007, I served a true copy of the within AMENDMENT by [describe here mode of service]

Via e-mail

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]     Chpt. 7 Trustee:

| [X] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on     April 19, 2007                          Suzanne K. Utter
                                                        (Typed Name and Signature)
                                                        Quarles & Brady LLP
                                                        One South Church Ave., Suite 1700
                                                        Tucson, Arizona 85701
                                                        (Address)