Gerald P. Kennedy (CA #105887)
Geraldine A. Valdez (CA #174305)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Fax: 619.235.0398
E-mail: gpk@procopio.com; gav@procopio.com

Susan G. Boswell (AZ #004791)
Kasey C. Nye (AZ #020610)
Lori L. Winkelman (AZ #021400)
QUARLES & BRADY LLP
Firm State Bar No. 00443101
One South Church Avenue
Suite 1700
Tucson, AZ 85701-1621
Telephone 520.770.8700
Facsimile 520.770.2222
E-mail: sboswell@quarles.com; knye@quarles.com

Attorneys for Debtor, The Roman Catholic Bishop of San Diego

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California corporation sole,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 07-00939-LA11<br><br>**MOTION FOR ORDER APPOINTING A LEGAL REPRESENTATIVE TO REPRESENT THE INTERESTS OF UNKNOWN/FUTURE TORT CLAIMANTS AND MINORS**<br><br>**Hearing Date: July 12, 2007**<br>**Hearing Time: 2:30 p.m.**<br>Location: Jacob Weinberger U. S. Courthouse, 325 West F Street, San Diego, California 92101-6991 |

The Roman Catholic Bishop of San Diego, a California corporation sole, and the debtor and debtor-in-possession in the above-captioned Chapter 11 reorganization case (the "Reorganization Case"), by and through its attorneys undersigned, respectfully requests that the Court enter an Order appointing a legal representative (the "Unknown Claims Representative")

QUARLES & BRADY LLP
ATTORNEYS AT LAW
TUCSON

QBTUC\207373.2

CASE NO. 07-00939-LA11
MOTION TO APPOINT LEGAL REPRESENTATIVE FOR
UNKNOWN/FUTURE CLAIMANTS

for Unknown/Future Tort Claimants (as defined in the Plan).[1]

The Unknown Claims Representative would be a fiduciary appointed by the Court to represent the claims of those tort claimants who have claims that, as explained below, are unknown to themselves. The Unknown Claims Representative would represent the interest of the Unknown/Future Tort Claimants and would: (i) make appearances; (ii) file pleadings; (iii) file a proof of claim on behalf of the Unknown/Future Tort Claimants; (iv) participate in plan negotiations; (v) participate in the claims estimation and claims estimation process; and (vi) take such other actions or perform such other duties as the Court may authorize upon request of the Unknown/Future Claims Representative, RCBSD or other party in interest.

This Motion presents a "core proceeding" over which the Court has jurisdiction to enter a final order under 28 U.S.C. §§ 157 (A) & (O) and 1334. This Motion is based upon 11 U.S.C. §§ 1109, 105 and 524 and applicable case law as discussed more fully below.

This Motion is supported by the Memorandum of Points and Authorities and the entire record of this Reorganization Case.

RESPECTFULLY SUBMITTED this 14th day of June, 2007.

Gerald P. Kennedy
Geraldine A. Valdez
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101

QUARLES & BRADY LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621

By /s/ Susan G. Boswell
Susan G. Boswell
Kasey C. Nye

Attorneys for Debtor, The Roman Catholic Bishop of San Diego

---

[1] In the Plan, the Unknown/Future Tort Claimants are defined as Unknown Tort Claimants.