1 | The Expert appreciates the opportunity to be of service to the Court and other
2 | interested parties.

Respectfully submitted,

*[signature]*

R. Todd Neilson, CPA

Expert

July 30, 2007