Gerald P. Kennedy (CA #105887)
Geraldine A. Valdez  (CA #174305)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619-238-1900
Fax: 619-235-0398
E-mail: gpk@procopio.com; gav@procopio.com


Susan G. Boswell (AZ #004791)
Kasey C. Nye (AZ #020610)
Lori L. Winkelman (AZ #021400)
QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, AZ  85701-1621
Telephone 520.770.8700
Facsimile 520.770.2222
E-mail: sboswell@quarles.com; knye@quarles.com

Attorneys for Debtor, The Roman Catholic Bishop of San Diego

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, a California corporation sole,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 07-00939-LA11<br><br>**DECLARATION OF MSGR. STEVEN CALLAHAN, J.C.L.  IN SUPPORT MOTION OF DEBTOR TO DISMISS REORGANIZATION CASE**<br><br>**Hearing Date:**<br>**Hearing Time:**<br>**Location: Jacob Weinberger U. S. Courthouse, 325 West F Street, San Diego, California 92101-6991** |

I, Vicar General Very Rev. Msgr. Steven Callahan, J.C.L., declare under penalty of perjury as follows:

1. I am an adult person.

2. I am a priest of the Diocese of San Diego (the "Diocese") and a canon lawyer. The Diocese is the canonical entity that is that certain "portion of the people of God" located in San

Diego and Imperial Counties in California, which is entrusted to Bishop Robert H. Brom for him to shepherd with the cooperation of clergy in accordance with the ecclesiastical law of the Roman Catholic Church, the Code of Canon Law.

3. In addition to serving as a priest, I hold several additional canonical offices in the Diocese: I am one of the Vicars General in the Diocese. As Vicar General I have executive power over the Diocese and perform administrative functions pursuant to the rights and obligations attached to my office. I also serve as the Adjutant Judicial Vicar of the Diocesan Tribunal. In addition to serving as these executive and judicial functions within the Diocese, I also hold the office of Pastor of St. Brigid Parish, located in the community of Pacific Beach in San Diego.

4. In addition to the foregoing duties, I have also been the person designated by the Bishop to act on behalf of RCBSD with respect to various administrative duties with respect to the Chapter 11 case which was filed by RCBSD on February 27, 2007 (the "Reorganization Case"). In addition, I was an active participant in the negotiations conducted by Magistrate Judge Leo S. Papas which ultimately led to a settlement with 144 of the claimants who alleged claims of childhood sexual abuse against, among others, the Diocese.

5. As the Vicar General, I am authorized to make this statement on behalf of the Diocese which takes the form of The Roman Catholic Bishop of San Diego, a California corporation sole, under the civil laws of the State of California and is the debtor and debtor in possession (the "RCBSD" or the "Debtor") in the Reorganization Case.

6. I am making this declaration in support of the RCBSD's motion to dismiss the Reorganization Case filed contemporaneously with my Declaration (the "Motion to Dismiss").

7. I have reviewed the Motion to Dismiss. The factual statements contained in the Motion to Dismiss are, to the best of my knowledge, information and belief, true and correct.

8. As I indicated in my declaration filed in support of the first day motions which RCBSD filed on February 27, 2007, the cases then pending in the California Superior Court were taking all of RCBSD's available legal resources to meet the discovery obligations and prepare the

1  first 5 cases for trial. In addition, prior to the filing of the Reorganization Case, the California
2  Superior Court released another 60 cases for pretrial discovery and trial.

3        9.     Therefore, not only was RCBSD experiencing the financial burden of responding
4  to these cases, but was also experiencing the burden of the significant time that was needed to
5  respond to discovery, mount a defense and still carry on the mission and ministry of the Church.

6        10.    Furthermore, by filing the Reorganization Case, RCBSD hoped to avoid a first
7  come first served situation and to find a way to fairly and equitably compensation the claimants in
8  the cases then pending in the California Superior Court, while at the same time ensuring that the
9  mission and ministry of the Church could continue.

10     11.    Through the efforts of Magistrate Judge Leo S. Papas, such a resolution was
11 achieved with 144 of the claimants.  These claimants consist of those who filed suits against
12 RCBSD prior to January 1, 2004.  As part of the resolution, the parties to the settlement mutually
13 agreed that the Reorganization Case should be dismissed.  The dismissal, as I understand it, will
14 facilitate the ability of RCBSD to make the payments required under the settlement and provide
15 the security for the deferred amount.  The dismissal will also allow RCBSD to avoid incurring the
16 continuing administrative costs of the Reorganization Case.

17     12.    Given that the goal of RCBSD in filing the Reorganization Case in the first place
18 has, for the most part, been achieved, I believe it is in the best interests of RCBSD and the
19 creditors for the Reorganization Case to be dismissed.

20     I declare under penalty of perjury under the laws of the United States that the foregoing is
21 true and correct.

22     DATED:  September 20, 2007

23                                  /s/ Msgr. Steven Callahan
                                MONSIGNOR STEVEN CALLAHAN
24                                 Vicar General of the Diocese of San Diego
25                                 The Roman Catholic Bishop of the Diocese of San Diego

26
27
28