UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

BAP NO. SC-07-1329

BK NO. 07-00939-A11

In re: THE ROMAN CATHOLIC BISHOP OF SAN DIEGO

Debtor

------------------------------

WILLIAM LYON HOMES, INC.

Appellant

v.

THE ROMAN CATHOLIC BISHOP OF SAN DIEGO

Appellee

**FILED**

JAN 0 9 2008

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

ORDER OF DISMISSAL
------------------------------------------------

The parties' stipulation to dismiss this appeal is approved by the Bankruptcy Appellate Panel. Therefore, it is hereby ORDERED that the appeal is DISMISSED pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2).

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

Harold S. Marenus, BAP Clerk

By: Vicky Jackson-Walker, Deputy Clerk



BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Harold S. Marenus, Clerk
By Deputy Clerk 1-9-08

## CERTIFICATE OF MAILING

The undersigned deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

By: Vicky Jackson-Walker
Deputy Clerk/Date: January 9, 2008